EL PUEBLO, DEMANDANTE-APELADO *v.* SERRALLÉS, DEMANDADO-APELANTE.

Apelación procedente de la Corte de Distrito de Ponce en causa por infracción a la ley No. 91 sobre contratos de trabajo.

Nos. 1976 y 1978.—Resueltos en abril 17, 1923, por los fundamentos del caso No. 1977 de *El Pueblo* v. *Serrallés,* de abril 17, 1923.

Abogados del Apelante: *Sres. Parra Capó y Torres Córdova.*

Abogados del Apelado: *Sr. José E. Figueras, Fiscal.*

*Confirmada.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Aldrey, Hutchison y Franco Soto.

El Juez Asociado Sr. Wolf disintió.